■ DOROTHY E. BAUM, Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Order of Onondaga County Court modified to the extent of granting plaintiff leave to replead and as modified affirmed, without costs of this appeal to either party. See Memorandum filed in companion case of *Neider* v. *United States Hoffman Mach. Corp.* (2 A D 2d 827). All concur. Motion to dismiss appeal denied. (See Civ. Prac. Act, § 623, subd. 2.) (Appeal from an order of Onondaga County Court affirming a judgment of Syracuse Municipal Court dismissing the complaint in an action by an employee to recover severance pay.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ SHIRLEY CAROLIN, Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Same decision and like cause of action as in companion case of *Baum* v. *United States Hoffman Mach. Corp.* (2 A D 2d 828). Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ GEORGE W. GOLIAN, Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Same decision and like cause of action as in companion case of *Baum* v. *United States Hoffman Mach. Corp.* (2 A D 2d 828). Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ DOROTHY DEMPSTER, Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Same decision and like cause of action as in companion case of *Baum* v. *United States Hoffman Mach. Corp.* (2 A D 2d 828). Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ PATRICK J. RYAN, Appellant, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent.— Same decision and like cause of action as in companion case of *Baum* v. *United States Hoffman Mach. Corp.* (2 A D 2d 828). Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ MICHAEL AIELLO et al., Appellants, v. RAYMOND J. BALL, JR., Doing Business as BALL SHOE SERVICE, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe County Court affirming those parts of a Rochester City Court order, which granted defendant's motion for summary judgment as to certain causes of action in the complaint.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.